**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE L. MORENA, aka** <br> **JOSE L. MORALES MIRANDA,** <br>           **Petitioner,** <br><br>           v. <br><br> **OFFICE OF THE WARDEN,** <br> **CALIPATRIA STATE PRISON,** <br>           **Respondent.** | CV F 04-6502 AWI SMS HC <br><br> **ORDER DENYING MOTION AS MOOT** <br><br> (Document #8) |

Plaintiff is a state prisoner proceeding pro se with a habeas corpus petition pursuant to 28 U.S.C. § 2254.

An administrative review of the docket in this action reveals that one motion has been administratively termed as outstanding motion. On January 10, 2005, the Magistrate Judge directed Petitioner to amend the petition. On February 3, 2005, Petitioner filed a motion to change the named respondent and a motion for reconsideration. On March 7, 2005, the Magistrate Judge denied Petitioner's motion for reconsideration. The Magistrate Judge's order did not directly address Petitioner's motion to change the named respondent. On April 12, 2005, Petitioner filed an amended petition that changed the named respondent. The court is now proceeding on this amended petition. However, Petitioner's motion to change the named respondent has been administratively termed as outstanding because it was never directly

1   addressed.   In light of the amended petition, this motion is now moot.

2       The court ORDERS that Plaintiff's motion to change the named respondent is DENIED

3   as moot.

4   IT IS SO ORDERED.

5   **Dated:   September 30, 2005**          **/s/ Anthony W. Ishii**
   9h0d30                                                     UNITED STATES DISTRICT JUDGE

2