# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. MORENA aka<br>JOSE L. MORALES MIRANDA,<br><br>                Petitioner,<br><br>   v.<br><br>S.J. RYAN, WARDEN,<br><br>                Respondent.<br>_____/ | CV F   04-6502 AWI SMS HC<br><br>ORDER CONSTRUING PETITIONER'S NOTICE OF APPEAL AS MOTION FOR RECONSIDERATION AND DENYING SAID MOTION<br><br>[Doc. 25] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Pending before the Court is Petitioner's notice of appeal, filed September 28, 2006, along with a request for a certificate of appealability. (Court Doc. 25.)   In his request for a certificate of appealability, Petitioner identifies the Court's order of July 18, 2006, as denying his petition for writ of habeas corpus.  However, on July 18, 2006, the Court denied Petitioner's motion to amend the petition.  (Court Doc. 24.)  That order did not address or resolve the merits of Petitioner's petition for writ of habeas corpus.  In addition, the Court's July 18, 2006, order, denying his motion to amend the petition, is neither a final order nor an appealable interlocutory or collateral order.  <u>See</u> 28 U.S.C. §§ 1291, 1291; <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949).

      Petitioner has not followed the proper procedure for requesting reconsideration of an order issued by a Magistrate Judge.  Pursuant to Local Rule 72-303(c), "A party seeking

1 reconsideration of the Magistrate Judge's ruling shall file a request for reconsideration by a Judge
2 with the Clerk and serve the Magistrate Judge and all parties."  "The standard that the assigned
3 Judge shall use in all such requests is the 'clearly erroneous or contrary to law' standard set forth
4 in 28 U.S.C. § 636(b)(1)(A).  See Fed.R.Civ.P. 72(a).

5    The Court will construe Petitioner's notice of appeal, as a motion for reconsideration
6 pursuant to Local Rule 72-303(c).  Petitioner has failed to demonstrate that the Magistrate
7 Judge's ruling was "clearly erroneous or contrary to the law."  Petitioner sought to amend the
8 petition a year after the petition was filed and after it was fully briefed.  He provided no reason
9 for not including the new claim in the original or amended petition.   As such, the Magistrate
10 Judge properly exercised her discretion in denying Petitioner's motion to amend the petition.
11 Anthony v. Cambra, 236 F.3d 568, 577 (9th Cir. 2000) (it is within the court's discretion to deny
12 leave to amend if petitioner, without explanation, waits several years or several months before
13 filing his proposed amendment.)

14    Based on the foregoing, it is HEREBY ORDERED that:
15    1.   Petitioner's notice of appeal, construed as a motion for reconsideration, is
16         DENIED; and
17    2.   The Clerk of Court is directed to disregard Petitioner's request for a certificate of
18         appealability.

19
20 IT IS SO ORDERED.
21 **Dated:   November 19, 2006**                    **/s/ Anthony W. Ishii**
   0m8i78                                            UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

2