**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE L. MORENO, aka**<br>**JOSE L. MORALES MIRANDA,**<br><br>              **Petitioner**,<br><br>     v.<br><br>**S. J. RYAN, WARDEN,**<br><br>              **Respondent.** | 1: 04- CV - 6502 AWI SMS HC<br><br>**ORDER CORRECTING**<br>**PETITIONER'S NAME IN**<br>**ORDER DENYING PETITION** |

      On April 13, 2007, the court filed an order denying Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The case caption referred to Petitioner as "Jose L. Morena."  However, court documents indicate Petitioner's name is "Jose L. Moreno."  The April 13, 2007 order denying the petition is HEREBY CORRECTED to reflect the name of Petitioner as  "Jose L. Moreno aka Jose L. Morales Miranda."

IT IS SO ORDERED.

Dated:   April 13, 2007               /s/ Anthony W. Ishii
                                                 UNITED STATES DISTRICT JUDGE